United States District Court
For Western District Of Virginia
Roanoke Division

DILLON/MEMMER

Emmitt G. Roscoe Jr
Pro Se Plaintiff

V                               cv#

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

OCT 07 2025

LAURA A. AUSTIN, CLERK
BY: M. Poff
DEPUTY CLERK

Defendant.                      7:25cv727

## Complaint With Jury Demand

This is A Civil Rights Action Filed By Pro.Se Plaintiff Emmitt G. Roscoe Jr A State Prisoner For Damages And Injunctive Relief Under 42 U.S.C § 1983 Stating Claim For Violation Of Plaintiff Emmitt George Roscoe Jr Here After Identified As Plaintiff Roscoe 1 First Amendment Right to Freely Practice of Religion Further Violating RLUIPA (Religious Land Use Institutionalized Person Act, 2000) When Defendants Knowingly Subjected Plaintiff Roscoe to Consume Water During Day light hrs During the Month Of Ramadan Fasting For A Drug test Simply Because Plaintiff Came to Visit him A River North Correctional Center

## Jurisdiction

The court has Jurisdiction Over Plaintiff Roscoe claim

OF Violation OF Federal Protected Constitutional Rights Under 42 USC § 1983, 42 USC 1331(1) and 1343

## Parties

Plaintiff Roscoe was Incarcerated @ River North Correctional Center during the events described in this Complaint

Defendant LT Miller is and was B-Building LT She is A Female Staffer OF River North Correctional Center At the time OF this Violation @ River North Correctional Center Via Virginia Dept OF Correction And is Sued in her Individual and Official Capacity

Defendant John Doe is And was B-Breake B-Building Captin who Name is Unknown Due to the Fact that He was Not wearing A Name tag Defendant Doe is Sued in his Individual and Official Capactity

Defendant T Howell is And was B-Building Unit Manager And els Sued in Her Individual And Official Capaetiy

Defendant Harman is and was a correctional officer @ River North Correctional Center @ time of violation and is sued c/w his Individual/Official Capacity

Defendant Huffman is and was a correctional Sgt @ RNCC @ time of violation due to His Part, is sued c/w his Individual/Visual and Official Capacity

## Facts

Plaintiff Roscoe Became a Prisoner of the State of Virginia Department of Corrections on or around about June 2011

Upon Intake June 2011 Plaintiff Roscoe Proclaimed he was a Active FOI (Fruit of Islam) For the Nation of Islam.

From 2011 - Present Plaintiff Has Participated in the Holy Month of Ramadan.

Ramadan is the Month in witch All Muslims Nation of Islam included where Muslims Refrain From Any worldly activities such as sex, food, drinking ect

The Virginia Department of Correction do Recognize the Islamic Community as a Religion.

On or Around March 2024 Plaintiff Roscoe was transferred to River North Correctional Facilty and Began to expirence Problems where Multiple Staffers @ River North Correctional Facilty denied and delayed Plaintiff Roscoe Constitutional Right to Freely exercise his Religion By classes of not Providing trays, Giving Plaintiff Roscoe Food his Religious Belief Prohibited As A Member of the Nation of Islam As set By VDOC Chapter 4 Food Service Manul

During the Holy Month of Fasting Defendants Miller, Poe, and Powell Had to Address countless Informal Grievances and Complaints As well As Defendant Huffman Had to Address Food Violations in their office which Proves Plaintiff Roscoe was indeed A Fasting Muslim During the March 2024 Holy Month of Ramadan.

On or Around About March 15, 2024 Defendants Harman and Huffman Along with Defendant Powell Address A complaint Verbally made By Plaintiff Roscoe and his Muslim loved ones' Princess Greene that Medical on More that One Account Brounght his Medication After Sun Rise Forceing him to Refuse his Medication and suffer in Pain Because Drinking water to consume Plaintiff Medication would Result

in Plaintiff Roscoe Breaking his Fast.

It is and was the Practice that AM Verification Pill Pass would Be conducted Before Sun Rise @ Around 330AM and Evening Pill Pass for Islamic Prisoners including Plaintiff Roscoe @ 845pm these Pill Pass times were so Plaintiff Would Not Break his Fast

Despite Defendants Harmon, Poe, Powell, Miller and Huffman knowing that Plaintiff Roscoe was indeed a Fasting Muslim March 2024

On or Around About 3-23-24 @ Approximately 12:30pm - 230pm Plaintiff Roscoe Family showed up to River North Correctional Center a V/Poe Prison For a Visit

Then On 3-26-24 @ Approximately 1250pm Defendant Huffman who was an excluded Officer And Defendant Harmon Called Plaintiff Roscoe in B-Building Hallway informed Plaintiff He was on a list for a Drug-test via Urine Sample Because Plaintiff was @ a contact Visit on 3-23-24

Plaintiff informed them that it might Be impossible for him to Urinate Because Of the time of Day and that he had Been Fasting from Ramadan they Both stated

To Plaintiff he had two Hours or he would Receive A Disciplinary Offense Report For Failure to Submit A Urine Sample

Plaintiff Attempted Multiple times to Urinate to No Avail then Both Harmon And Defendant Huffman told Plaintiff Roscoe to drink water or his Visits would Be Suspended And that he would Receive enhance Penalty For Refusing A drug test And lose his Phone For 12 Months on the GTL (Globle tel link) Service

Defendant Harmon As Plaintiff Roscoe did he Not want the drug test Because he Gets high Plaintiff Response was And I quote "I am Muslim It's Against My Religion to Get high Just As It's Against My Religion to Broke My Fast Durring day light Hrs" Defendant Doe stated you Black Bitch either you drink the water And Piss or your Getting A Failure to Submit to drug test For

Plaintiff Verbally Objected Again then Defendant Huffman Become loud And Unruly Stating to Defendant Harmon write his Ass A Charg Aint No Fucking Champete, telling us what we is And Aint going to do

Plaintiff Began Crying Stating this Is My Religion I will disobey Allah For Something that can Be done

one when the Sun Sets Defendant Powell exited her Office Stating "Whats the Problem the All Stated this boy here Refusing to Drug test Because of Ramadan At which Point Defendant Miller exited her Office Stating Just take the refusal to submit to drug test or Drink the water stupid

Defendant Powell Stated on Court that Waters here is Jesus So Drink the water or Give up your club you will Read About it For porpus of Not Receiving A Major rule Violation Plaintiff Not losing his JP5 tablet And Phone Plaintiff Drink the water 10 mins latter Urinated clus the Urine Cup And Pass the drug test Staff loughing As Plaintiff Drink One cup Plaintiff was then told By Defendant Harmon you Gotta Drink One More Cup Couse elf you don't Piss clu the Next 5mins you will Be written up And By by Visits, JP5 And Phone Calls Forced to Drink Another Coup to urinate Plaintiff Roscoe Felt ashamed And Prayed All day asking all sh to Forgive him

Exhaustion of Administative Remerdies

Plaintiff Roscoe did clu Fact exhaust All Administrative Remedies that were Made Readily Availble to him.

## Claims of Relief

The Actions of Defendants LT Miller, Doe, Huffman, Harmon of Forcing Plaintiff Roscoe to Drink Water During Fasting hours were Done Maliciously And Sadistically For No Other Reason of Forcing Plaintiff to Break his Daily Fast Before Sun Set Deprived Plaintiff the Right to Freely Practice his Religion Under the 1st Amendment of the United States Religion Defendants Were Well on Notice Plaintiff Was And has Been A Practicing muslim Since he Arrived @ that Facility Further Defendants As Named Above Are liable For Violation of: Religious Land of Constitutionalized (Religious Land use of Constitutionalized Person Act) RLUCPA And therefore Forcing Plaintiff to Drink Water During the Hours of Fasting For Ramadan No Cause For Which Relief Could Be Granted

Wherefore Plaintiff Request the Court Grant Following Relief:

Issue Declaratory Relief Stating that the VDOC Can Not Drug test Any Offender Fasting For Known Religious Fast Until Doing So is After Sunset

Issue Injuctive Relief that Plantiff Be restricted from Housing @ Red Onion State Prison, River North Correctional Center, Keen Mountine Correctional Center, Wollens Ridge And Shall Remain Part of the Inner State Compact Program Until Released From Prison.

Award Compensatory Damages Against Defendants Miller, Toe, Huffaclen, Harmen, Powell in the Amount to Be equally Paid $400,000.00

Award $20,000 in Punitive Damages Paid equally By All Named Above Defendants

Award Damages For Any And All Court Filing Fees, Material ect At Completion OF Litigation

Note
Respectfully Submitted
Emmitt George Roscoe JR

## Verified Certificate of Service

I Elliott Roscoe 235096 do hereby swear Under Penalties of Perjury Pursuant to 42 USC 1983; Pursuant to 28 U.S.C & 1746 that a foregoing is true and correct.

_____        9-23-25

Plaintiff Signature                Date

Comes Now Notary Cory Hand stating the set document as titled above was in fact Notarized by Myself this 23 Day of September 2025

_____        _____

Notary Signature                My Commission Ends

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID# 492938, CORY SHAMAR HAND, Commission Expires Sept. 3, 2028, RANKIN COUNTY]



