CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
January 20, 2026
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| EMMITT G. ROSCOE, JR., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 7:25-cv-00727 |
| LT. MILLER, et al., | ) By: Elizabeth K. Dillon |
| Defendants. | )    Chief United States District Judge |

**DISMISSAL ORDER**

Plaintiff, a prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  Plaintiff did not prepay the filing costs or submit the information required in this court to proceed in forma pauperis under 28 U.S.C. § 1915(b) to pay the filing fee through installments from plaintiff's trust account.   By Order entered November 5, 2025, the court directed plaintiff to submit a consent to withholding of filing fee form in order to complete the application to proceed without the prepayment of the filing fee.   Plaintiff was advised that a failure to comply within 30 days would result in dismissal of this action without prejudice.

Plaintiff has failed to comply with the described conditions and, thus, has not qualified to proceed in forma pauperis under § 1915(b).   Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court.   Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

Entered: January 20, 2026.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
Chief United States District Judge